**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-75-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **PRELIMINARY ORDER OF FORFEITURE** |
| **ERIC CRAIG BARTLETT,** | |
| **Defendant.** | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Eric Craig Bartlett has been adjudged guilty of *Conspiracy to Possess with Intent to Distribute Methamphetamine*, in violation of 21 U.S.C. § 846, as charged in Count 1; and *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in violation of 18 U.S.C. § 924(c)(1)(A)(i), as charged in Count 3. For such violations, Defendant Bartlett also admitted the Indictment's forfeiture allegation pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d).

The evidence set forth in the Defendant's guilty plea and Plea Agreement (Docs. 32, 34), in conjunction with the Offer of Proof (Doc. 31), provide a factual basis and cause to issue this Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that:

1.     The United States' Motion for Preliminary Order of Forfeiture is GRANTED:

2.     Defendant Bartlett's interest in the following property is forfeited pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d):

   a. Smith & Wesson, model M&P 9 Shield M2.0, 9mm caliber pistol, S/N: JDL3851, seized on or about January 26, 2024, from inside a black 2008 Jeep Wrangler; and

   b. Any associated accessories and ammunition.

3.     The Federal Bureau of Investigation, or a designated custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law.

4.     The United States will provide written notice to any third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

5.     Upon adjudication of any third-party interests, the Court will enter a

final order of forfeiture, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P.

32.2(c), in which all such interests will be addressed.

DATED this 23rd day of April 2026.


_____

Brian Morris, Chief District Judge
United States District Courts